■ RHONDA EPSTEIN, Respondent-Appellant, v SCOTT EPSTEIN, Appellant-Respondent. [935 NYS2d 881]

Concur—Friedman, J.P., Sweeny, Acosta, Renwick and Abdus-Salaam, JJ.